UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
10 APR 13 AM 9:39

| IN RE: | UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND |
|---|---|
| TIMOTHY T YEATES<br>MARY E YEATES<br>Debtor(s) | CASE NO. BKY 07-43330 NCD |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Timothy T Yeates in the amount of $15.53, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Timothy T Yeates<br>Mary E Yeates<br>215 West 1st Street<br>Chaska, MN 55318-1803 | | $15.53 |

ACCOUNT NUMBER:
REFUND

Jasmine Z. Keller, Trustee

Dated: April 12, 2010

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee